## Orson A. Hunt, Appellee, v. Sarah Marie Hunt, Appellant.

### Gen. No. 22,368.   (Not to be reported in full.)

Appeal from the Superior Court of Cook county; the Hon. CHARLES M. FOELL, Judge, presiding. Heard in this court at the March term, 1916. Affirmed. Opinion filed October 30, 1916.

### Statement of the Case.

Bill in chancery by Orson A. Hunt, complainant, against Sarah Marie Hunt, defendant, in the Superior Court of Cook county, to annul a marriage. From a decree granting the relief prayed, defendant appeals.

CHARLES E. ERBSTEIN and CHARLES P. R. MACAULAY, for appellant.

CORNELIUS S. SEE, for appellee.

MR. JUSTICE HOLDOM delivered the opinion of the court.

### Abstract of the Decision.

1. APPEAL AND ERROR, § 1303*—*when evidence presumed sufficient to sustain decree.* In the absence of a certificate of evidence, it will be presumed that the court heard evidence sufficient to sustain the findings of a decree and to warrant the granting of the relief prayed.

2. APPEAL AND ERROR, § 1744*—*when decree cannot be attacked.* Where the record shows no facts impeaching the verity of facts found in a decree, the decree is impervious to attack either on appeal or collaterally.

3. MARRIAGE, § 29*—*when void and may be annulled.* In this State if a marriage is celebrated within the time within which one of the parties is forbidden to marry, such marriage is void and may be annulled.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.